AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ERNESTO DONJUAN-PEREZ | ) | 9:26MJ17 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 3, 2026 _____ in the county of _____ Angelina _____ in the
_____ Eastern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326 | Reentry of removed/deported alien |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_/s/ Peter Kogler by Judge Hawthorn w/ permission_
Complainant's signature

HSI SA Peter Kogler
Printed name and title

Sworn to by Affiant by telephone.

Date: _____ July 7, 2026 _____

_____
Judge's signature

City and state: _____ Beaumont, Texas _____      United State Magistrate Judge Zack Hawthorn
Printed name and title